MILDRED BELL, an Infant, by THERESA BELL, Her Guardian ad Litem, and Others, Respondents, v. YELLOW TAXI CORPORATION, Defendant, and UNITED STATES TRUCKING CORPORATION, Appellant.— As to plaintiff William Bell, judgment unanimously affirmed, with costs. As to plaintiffs Florence Bell and Mildred

Bell, judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein said plaintiffs, through their guardian *ad litem*, stipulate to reduce the verdict in their favor to the sum of $100 each, in which event the judgment as to them, as so modified, is unanimously affirmed, without costs. Permission is hereby granted to the guardian *ad litem* to make such stipulation. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.